# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IVAN LOPEZ,

        Plaintiff,

v.                                                         Case No:   6:24-cv-1179-JSS-LHP

CLEAR BLUE INSURANCE
COMPANY,

        Defendant

_____

## ORDER

Before the Court is Defendant's Opposed Motion to Compel Mediation. Doc. No. 44.   Plaintiff has not responded, and his time for doing so has expired. *See* Doc. No. 45 (ordering response by December 5, 2025).   Accordingly, the Court deems the motion to be unopposed in all respects.   *See id.* (stating that failure to respond by the deadline would result in the Court treating the motion as unopposed).   Upon consideration, the Court finds the unopposed motion well taken.

Accordingly, it is **ORDERED** as follows:

1.      Defendant's Opposed Motion to Compel Mediation (Doc. No. 44) is **GRANTED as unopposed**.

2.      Within **fourteen (14) days** of the date of this Order, Plaintiff shall confer with Defendant on the selection of a mediator and a date for mediation. Plaintiff is required to equally bear the costs of mediation with Defendant, and he must attend the mediation as required by the mediator.   Local Rule 4.01(d), 4.03(d).

3.      Within **fourteen (14) days** of the date of this Order, the parties shall file a **joint notice** of the scheduled mediation.   The mediation must be scheduled to occur within **forty-five (45) days** of the date of this Order.   *See* Local Rules 4.01–4.03.

4.      Alternatively, within **fourteen (14) days** of the date of this Order, given Plaintiff's *pro se* status, and the representations regarding the inability to pay for mediation, the parties may file a **joint** motion requesting a settlement conference before a United States Magistrate Judge, if appropriate.

5.      Plaintiff is cautioned that failure to comply with this Order will result in the imposition of sanctions, which may include dismissal of this case.   *See* Doc. No. 39, at 3; Fed. R. Civ. P. 16(f); Local Rule 4.03(e).

**DONE** and **ORDERED** in Orlando, Florida on December 10, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties